UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

Lemuel Bannister/Melissa Moore

vs.

Contract Callers, Inc.

Case No.: 7:16-cv-00349-RAJ-DC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David J. Kaminski, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Contract Callers, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Carlson & Messer LLP with offices at:

   Mailing address: 5959 West Century Blvd Suite 1214

   City, State, Zip Code: Los Angeles, California, 90045

   Telephone: (310) 242-2200    Facsimile: (310) 242-2222

2. Since June, 1987, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 128509.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USDC Central District of California | 01/12/1988 |
| USDC Southern District of California | 01/22/2003 |
| USDC Eastern District of California | 05/19/2005 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1:16-cv-00115-SS     on the 29 day of March, 2016.
   Number: _____     on the ____ day of _____, ____.
   Number: _____     on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   n/a

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   n/a

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Lee H. Staley - Winget Spadafora & Schwarzberg

Mailing address: 2 Riverway - Suite 725

City, State, Zip Code: Houston, Texas, 77056

Telephone: (713) 343-9200

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of David J. Kaminski to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David J. Kaminski
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 2 day of February, 2017.

David J. Kaminski
[printed name of Applicant]

[signature of Applicant]