UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| **LEMUEL BANNISTER & MELISSA MOORE**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CONTRACT CALLERS INC.**<br><br>*Defendant.* | § § § § § § § § § § §  Case No. 7:16-cv-349 |

## NOTICE OF SETTLEMENT WITH PREJUDICE

TO THE HONORABLE ROBERT A. JUNELL:

The parties have reached an agreement in principle to settle all pending claims in this action. The parties are working diligently to draft a final settlement agreement, and respectfully request the Court defer its ruling on matters with deadlines pending under the Scheduling Order.

Respectfully submitted,

 */s/ W. Craft Hughes*
W. Craft Hughes
Jarrett L. Ellzey
Deola T. Ali
**HUGHES ELLZEY, LLP**
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
         jarrett@hughesellzey.com
         deola@hughesellzey.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2017 the foregoing document was filed with the CM/ECF system, which automatically served a copy of the same upon all parties.

                                                                                                    */s/ W. Craft Hughes*
                                                                                                    W. Craft Hughes